IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARIF BIOMEDICAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-846 (LPS) |
| | ) |
| BRAINLAB, INC.; BRAINLAB AG; BRAINLAB MEDIZINISHE COMPUTERSYSTEME GMBH; VARIAN MEDICAL SYSTEMS, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**BRAINLAB'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

Pursuant to 35 U.S.C. § 285, Defendants Brainlab, Inc., Brainlab AG, Brainlab Medizinishe Computersysteme GmbH (collectively, "Brainlab") move the Court to declare this case "exceptional" and to award Brainlab its attorneys' fees and related expenses. The grounds for this motion are set forth in the opening brief submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Defendants Brainlab, Inc., Brainlab AG, Brainlab Medizinishe Computersysteme GmbH*

OF COUNSEL:

Jay R. Campbell
Joshua M. Ryland
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
(216) 696-5639

October 19, 2015

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Jeffrey Z.Y. Liao, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>Jeremy A. Tigan, Esquire<br>Stephen J. Kraftschik, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Varian Medical Systems, Inc.* | *VIA ELECTRONIC MAIL* |

Joseph Greco, Esquire                                              *VIA ELECTRONIC MAIL*
Alfredo A. Bismonte, Esquire
Kimberly P. Zapata, Esquire
Jeremy M. Duggan, Esquire
BECK, BISMONTE & FINLEY, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
*Attorneys for Varian Medical Systems, Inc.*

                                                                            */s/ Maryellen Noreika*

                                                                            Maryellen Noreika (#3208)